UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.:1:05CV02408** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| v. | ) | |
| | ) | |
| **PAUL BENJAMIN GOIST,** | ) | **OPINION AND ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff United States of America's Motion for Default Judgment (ECF Dkt# 19).  Pursuant to the Court's Order of December 22, 2006, striking Defendant's filings as unresponsive, the Court finds Defendant has failed to file an answer or deny the allegations as alleged in Plaintiff's Complaint.  Therefore, the Court enters judgment in favor of Plaintiff United States of America and against Defendant Paul Benjamin Goist. This Court orders that:

1. Defendant Goist's invalid liens and false reports to the Internal Revenue Service are null, void, and of no legal effect;

2. The illegal Uniform Commercial Code financing statements that defendant Goist has recorded or attempted to record are null, void, and of no legal effect;

3. Defendant Goist is permanently enjoined from filing any forms, instruments, or documents

with the Internal Revenue Service, the United States Bankruptcy Court, or any other government agency without prior permission of this Court;

5. Defendant Goist shall notify the United States immediately of any other financial statements, judgments, liens, or other financial forms completed or filed that are not addressed in this action;

6. Defendant Goist, his agents, employee, and any others in active concert or participation with him are permanently enjoined from:

> a. Serving, filing, or recording, or attempting to file or record, any document or instrument of any description that purports to create a "lien", debt, or record of any kind of payment against the person or property of the Honorable Kathleen M. O'Malley, Assistant United States Attorney (AUSA) Gary D. Arbeznik, the Honorable Cynthia Westcott Rice, or any other federal employee without the prior permission of this Court; and
>
> b. Taking any steps to retaliate against or harass the Honorable Kathleen M. O'Malley, AUSA Gary D. Arbeznik, the Honorable Cynthia Westcott Rice, or any other federal employee.

7. Defendant Goist shall pay a civil penalty of $5,500 for violating 31 U.S.C. § 3729 by knowingly presenting a false claim for payment to AUSA Arbeznik, an employee of the United States government;

8. Defendant Goist shall pay reasonable attorney's fees and the costs of this action, including any fees incurred in terminating the fraudulent liens;

9. As authorized by law, Defendant Goist's assets, including his inmate account, may be attached for payment of the above-referenced civil penalty, attorney's fees, and costs until complete satisfaction of all such payments is made by defendant Goist.

10. This judgment shall constitute a "strike" against Defendant pursuant to the "three strikes rule" of 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

October 2, 2007                                         s/Christopher A. Boyko
Date                                                          JUDGE CHRISTOPHER A. BOYKO
                                                                 UNITED STATES DISTRICT JUDGE