# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:05CV2408 |
| ) | |
| Plaintiff(s), ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | |
| ) | |
| PAUL BENJAMIN GOIST ) | |
| ) | |
| Defendant(s). ) | **JUDGMENT** |

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

FILED
OCT - 2 2007
CLERK OF COURT
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_____
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE